An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENENTECH, INC., A DELAWARE
CORPORATION; AND F. HOFFMANN-
LA ROCHE LTD., A SWISS
CORPORATION,
Appellants,
vs.
PDL BIOPHARMA, INC., A DELAWARE
CORPORATION,
Respondent.

No. 63111

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                       Saitta

cc:  Hon. David A. Hardy, District Judge
     Williams & Connolly LLP
     Lewis & Roca, LLP/Las Vegas
     Lionel Sawyer & Collins/Reno
     Irell & Manella, LLP
     Parsons Behle & Latimer/Reno
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17005